or mimeographed appellant's points, on condition that the appellant serves one copy of the typewritten or mimeographed record and one copy of the typewritten or mimeographed appellant's points upon the attorney for defendants-respondents and files 6 typewritten or 19 mimeographed copies of both the record on appeal and appellant's points with this court on or before August 14, 1962, with notice of argument for the September 1962 Term of this court, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Rabin, Valente, McNally and Eager, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. EDWARD J. BROCK.— Motion for leave to appeal as a poor person denied as academic in view of the disposition of the motion decided simultaneously herewith. Motion to dismiss appeal granted. Concur — Breitel, J. P., Rabin, Valente, McNally and Eager, JJ.

JONAS J. UNGER v. HARRY HOROWITZ et al.— Motion[s] to dismiss appeal[s] granted, with $10 costs. Concur — Botein, P. J., Stevens, Eager, Steuer and Bergan, JJ.

In the Matter of JOSEPH LEWIS et al. v. LOUIS J. LEFKOWITZ, as Attorney-General of the State of New York.— Motion to dismiss appeal granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before August 14, 1962, with notice of argument for the September 1962 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Stevens, Eager, Steuer and Bergan, JJ.

ELAINE H. REDALIEU v. STANLEY L. ETTINGER et al.— Motion to dismiss appeal granted, with $10 costs. Concur — Botein, P. J., Stevens, Eager, Steuer and Bergan, JJ.

In the Matter of the COUNTY TRUST COMPANY, as Executor of JOHN T. BUCKLEY, Deceased.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before August 14, 1962, with notice of argument for the September 1962 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Stevens, Eager, Steuer and Bergan, JJ.

DAVE FLEISCHER v. W. P. I. X., INC. DAVE FLEISCHER, v. N. T. A. PICTURES, INC., et al.— Motion for an order directing the Clerk of this court to certify papers filed herein without the payment of any fees denied. Concur — Botein, P. J., Stevens, Eager, Steuer and Bergan, JJ.

In the Matter of HYMAN ROSENSHEIN, et al. COL-MOT HOLDINGS, INC.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before May 3, 1962, with notice of argument for May 15, 1962, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Stevens, Eager, Steuer and Bergan, JJ.

DORA LIVANT et al., v. EUGENE ADAMS et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before August 14, 1962, with notice of argument for the September 1962 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Stevens, Eager, Steuer and Bergan, JJ.

JANICE PUNER et al. v. FRANCES WIENER et al.— Motion for leave to appeal as a poor person denied with leave to renew upon proper papers. Concur — Botein, P. J., Stevens, Eager, Steuer and Bergan, JJ.

2583 8TH AVE. CORP. v. VICTORIA ALLEN et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before August 14,